AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>JACOBS, DENNIS | 2. Court or Organization<br><br>Court of Appeals, 2d Circuit | 3. Date of Report<br><br>05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4 | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 13 P 3: 31
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Jacobs, Dennis

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 27 - 28, 2009 | Waldorf Astoria Hotel, New York City | Recipient: Outstanding Public Service Award | Meals, lodging |
| 2 | Brooklyn Law School | April 4, 2009 | Brooklyn, New York | Judge, Prince Moot Court Competition | Meals |
| 3. | Boston College Law School Federalist Society | April 18, 2009 | Newton, Mass. | Recipient: William H. Rehnquist Memorial Award for Public Service | Travel, meals, lodging |
| 4. | ARIAS - US, Inc. (AIDA Arbitration Reinsurance & Arbitration Society) | May 5 - 9, 2009 | Palm Beach, Florida | Speaker; ARIAS 2009 Spring Conference | Travel, meals, lodging |
| 5. | Cornell Law School & Cornell Law School | October 27 - October 29, 2009 | Ithaca, New York | Distinguished Jurist-in-Residence | Travel, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

Federalist Society

| 6. | Northern District of New York Federal Court Bar Association | December 10 - 11, 2009 | Albany, New York | Speaker, Annual NDNY FCBA Annual Dinner | Travel, meals, lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | New York Intellectual Property Law Association | Steuben glass sculpture "Star Stream" given as Outstanding Public Service Award | $900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Muni Bond: New York NY Ser D FGIC 11/18/97 | C | Interest | | | Matured | 08/01/09 | K | | |
| 2. Muni Bond: Long Island Pwr Au Elec Sys Gen Rv-A 5/1 98 | B | Interest | | | Matured | 12/01/09 | K | | |
| 3. Muni Bond: New York NY Ser H-FGIC-TCRS UNLTD TAX 3/29/01 | A | Interest | | | Matured | 03/15/09 | K | | |
| 4. Muni Bond: New York ST DORM AUTH REVS SER-B-E.T.M. 7/1/90 | B | Interest | K | T | Redeemed (part) | 05/18/09 | J | | |
| 5. Muni Bond: New York ST URB DEV CRP RV-B-CRCTL FACS 11/1/98 | B | Interest | | | Redeemed | 01/01/09 | L | | |
| 6. Muni Bond: LI NY Pwr Au Elec Sys Gen Rv DTD 5/1 98 | D | Interest | M | T | | | | | |
| 7. Muni Bond: Greenwich NY Cent Sch Dist Rfdg DTD 6/24/02 | C | Interest | L | T | | | | | |
| 8. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser C 7/1 02 | C | Interest | L | T | | | | | |
| 9. Muni Bond: NY St TWY Auth Hwy & Brdg Rfdg Ser C 7DTD7/1 02 | C | Interest | L | T | | | | | |
| 10. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser B DTD 7/1 00 | D | Interest | L | T | | | | | |
| 11. Muni Bond: NYS Twy Auth Svc Cont Rev Rfdg DTD 8/7 02 | C | Interest | L | T | | | | | |
| 12. Muni Bond: NY St UDC Corr & Youth Facs Svc Contract 11/26 02 | B | Interest | K | T | | | | | |
| 13. Muni Bond: NYS Dorm Au Rev Upstate CNMTY 3/3 05 | B | Interest | K | T | | | | | |
| 14. Muni Bond: NYC G O Ser E Ref FSA 11/10 04 | B | Interest | K | T | | | | | |
| 15. Muni Bond: NYNY Ser L MBIA IBC 6/10 97 | A | Interest | | | Redeemed | 12/01/09 | J | | |
| 16. Muni Bond: NYNY Ser H-FGIC 3/29 01 | D | Interest | L | T | | | | | |
| 17. Muni Bond: NYNY Rfdg-SerG-6 3/02 | C | Interest | L | T | | | | | |

1. Income Gain Codes: A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
(See Columns B1 and D4)  F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
(See Columns C1 and D3)  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm.dd.yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Muni Bond: NYSt.Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | K | T | | | | | |
| 19. Muni Bond: NYSt. Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | K | T | | | | | |
| 20. Muni Bond: NYC G/O Ser.O 6/2/05 | B | Interest | K | T | | | | | |
| 21. Muni Bond: NYC G/O Ser C 8/3/05 | B | Interest | K | T | | | | | |
| 22. Muni Bond: NYSt. Thruway Gen Rev Ser H 10/11 07 | B | Interest | K | T | | | | | |
| 23. Muni Bond: NYS UDC ST Pers Income Tax 10/9/03 | C | Interest | M | T | | | | | |
| 24. Money Market: Western Asset NY Muni Money Market | A | Int. Div. | N | T | | | | | |
| 25. Checking: Chase Manhattan Bank. NYC | A | Interest | J | T | | | | | |
| 26. Fidelity Rollover IRA | F | Int. Div. | P1 | T | | | | | |
| 27. - Fidelity Cash Reserves | | | | | | | | | |
| 28. - Baron Growth Fund | | | | | | | | | |
| 29. - Dodge & Cox Stock Fund | | | | | Sold | 03 10 09 | L | D | |
| 30. - Royce Total Return Fund | | | | | | | | | |
| 31. - American Growth Fund of America | | | | | | | | | |
| 32. - Dreyfus Mid-Cap Fund | | | | | | | | | |
| 33. - Bond: Fedl Home Loan Bank Bonds | | | | | | | | | |
| 34. - Bond: Fedl Farm Cr Bks Cons Bd | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Bond: Fedl Farm Credit Banks Funding Corp | | | | | | | | | |
| 36. - Bond: Fedl Home Ln Bk 5/13/11 | | | | | | | | | |
| 37. - Bond: Fedl Farm CR Bks FDG 12/20/10 | | | | | | | | | |
| 38. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 39. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 40. - Bond: Fedl Home Ln Bks Glbl 9/16/13 | | | | | | | | | |
| 41. - Bond: Fedl Home Ln Bks 02/13/05 | | | | | | | | | |
| 42. - Fidelity Contrafund | | | | | | | | | |
| 43. - Tweedy Browne Global Value Fund | | | | | | | | | |
| 44. - IShares IBox Corp.Bond Fund | | | | | Sold | 03/12/09 | M | C | |
| 45. - Loomis Sayles Invst Grade Bond CL Y | | | | | Sold | 03/10/09 | M | D | |
| 46. - Eaton Vance Large Cap Value Fund CL I | | | | | | | | | |
| 47. - Bond: Fedl Farm Credit Bk 2/19/16 | | | | | | | | | |
| 48. - Bond: Fedl Farm Credit Bks Const 6/4/18 | | | | | | | | | |
| 49. - Fidelity US Government Reserves | | | | | Buy | 02/20/09 | O | | |
| 50. TIAA-CREF | None | L | T | | | | | | |
| 51. - CREF Stock Account | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
    (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
    (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)     S =Assessment                  T =Cash Market
    (See Column C2)             U =Book Value              V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Investments & Trusts:

Line 26 Fidelity Rollover IRA: Please note that the Fidelity Spartan Index Fund was completely sold on October 9, 2008. It was erroneously listed as "part sold" at line 34 in the 2008 Financial Disclosure Report. For that reason it does not appear in the 2009 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle. N.E.
Washington. D.C. 20544